IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOSHUA CROUCH,
BASIL SANFORD, PLAINTIFFS
AND JASON SHEFFIELD

v.   CASE NO. 4:13CV00385 BSM

TERRY BAILEY, Captain, Pope
County Sheriff Department, et al. DEFENDANTS

## ORDER

The proposed findings and partial recommended disposition submitted by United States Magistrate Judge Joe J. Volpe have been reviewed. No objections have been filed. After careful consideration, the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiffs Sanford and Crouch are dismissed without prejudice.

2. Pursuant to 28 U.S.C. § 1915(a)(3), it is certified that an *in forma pauperis* appeal from this order would not be taken in good faith.

DATED this 5th day of November 2013.

_____
UNITED STATES DISTRICT JUDGE