IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JASON ANDREW SHEFFIELD**                                                 **PLAINTIFF**
**ADC # 96833**

v.                  **CASE NO. 4:13CV00385 BSM**

**TERRY BAILEY et al.**                                                                 **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Joe J. Volpe have been received. No objections have been filed. After careful consideration, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants' motion for summary judgment [Doc. No. 49] is granted;

2. Plaintiff's claims against defendants in their official capacities and his claims that he was without running water are dismissed without prejudice;

3. All other claims against defendants are dismissed with prejudice;

4. It is further certified that, pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal from this order and the accompanying judgment would not be taken in good faith.

DATED this 23rd day of May 2014.

                                                                          /s/ Brian S. Miller
                                                              UNITED STATES DISTRICT JUDGE